MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (Bar No. 164751) cwanger@manatt.com
JOHN KERN (Bar No. 206001) jkern@manatt.com
RYAN HILBERT (Bar No. 210549) rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

PERRY J. NARANCIC (Bar No. CA 206820) pnarancic@theentrustgroup.com
Entrust Administration, Inc.
555 12th Street, Suite 1250
Oakland, CA 94607
Telephone: (510) 587-0950
Facsimile: (650) 618-2700

Attorneys for Plaintiffs
ENTRUST ADMINISTRATION, INC. and THE ENTRUST GROUP, INC.

RECEIVED Oct 31 '06

FILED 2006 OCT 31 A 11:15 RICHARD W. WIEKING U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTRUST ADMINISTRATION, INC. a California Corporation, and THE ENTRUST GROUP, INC., a Delaware Corporation.<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS DAVISE, an Individual, BLAIR PEETZ, an Individual, and eTRUSTDIRECT, INC.<br><br>Defendants. | Case No. C06-06427 JW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION<br><br>[Civil Local Rule 65-1]<br><br>Judge: Hon. James Ware |

On October 31, 2006, Plaintiffs Entrust Administration, Inc. and Entrust Group, Inc. (collectively, "Entrust") filed an *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause for Preliminary Injunction (the "Motion") against Defendants Thomas Davise, Blair Peetz and eTrustDirect, Inc. (collectively, "Defendants"). Having considered Entrust's Motion, the files and records of the case, and the evidence and argument presented at oral argument, it is HEREBY ORDERED that the Motion is GRANTED.

As part of its business, Entrust maintains a database of its customers containing detailed, confidential information about those customers and their accounts, including but not limited to their names, addresses, email addresses, telephone numbers, and the value and nature of the customers' account (Entrust's "Trade Secrets").

When establishing a new customer accounts, an Entrust business development representative provides certain forms to the Entrust client for the purpose of effecting the self-directed account (the "Administrative Forms"), which Administrative Forms also are maintained as confidential by Entrust and are part of Entrust's Trade Secrets.

### ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

IT IS FURTHER ORDERED that:

(1) Defendants are hereby ordered to show cause at __9__ a.m./p.m. on __November 13th__, or as soon thereafter as counsel may be heard in Courtroom __4__ of the above-entitled Court, located at San Jose, California, why Defendants and their employees, officers, agents, servants, attorneys and/or assigns, and all those acting in concert with them, should not be restrained and enjoined pending trial of this action from the following:

(a) Disseminating any advertising, solicitations, or communications with customers or prospective customers in which Defendants make false or misleading statements about themselves or about Entrust, including but not limited to, statements (i) that Entrust pays less than 0.1% interest on customer accounts, and (ii) that Defendants have a custodial relationship with Greater Bay Bank, N.A.;

(b) Making any use whatsoever, direct or indirect, of Entrust's Trade Secrets (including without limitation customer information and Administrative Forms) currently in the possession, custody or control of Defendants;

(c) Passing or otherwise disclosing in any way Entrust's Trade Secrets (including without limitation customer information and Administrative Forms) to any third party;

(d) Using Entrust's Trade Secrets (including without limitation customer information and Administrative Forms) to solicit any of Entrust's customers; and

   (e) Entering into any agreement with any customer whose identity became known to Defendants as a result of confidential information belonging to Entrust; and

  (2) The following briefing schedule shall apply:

   (a) Defendants shall file and personally serve any opposition to Entrust's Motion by no later than _November 7_, 2006.

   (b) Entrust shall file and personally serve any reply to Defendants' opposition by no later than _November 8_, 2006.

IT IS SO ORDERED.

Dated: _October 31_, 2006

            _____
            Honorable James Ware
            United States District Court Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

3

[PROPOSED] ORDER GRANTING
ENTRUST'S *EX PARTE* MOTION FOR TRO
CASE NO. C06-06427 JW

## TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED that:

(1) Pending the hearing on the Order to Show Cause, and except as otherwise set forth herein, Defendants and their employees, officers, agents, servants, attorneys and/or assigns, and all those acting in concert with them, are enjoined from the following:

(a) Disseminating any advertising, solicitations, or communications with customers or prospective customers in which Defendants make false or misleading statements about themselves or about Entrust, including but not limited to, statements (i) that Entrust pays less than 0.1% interest on customer accounts, and (ii) that Defendants have a custodial relationship with Greater Bay Bank, N.A.;

(b) Making any use whatsoever, direct or indirect, of Entrust's Trade Secrets (including without limitation customer information and Administrative Forms) currently in the possession, custody or control of Defendants;

(c) Passing or otherwise disclosing in any way the Entrust's Trade Secrets (including without limitation customer information and Administrative Forms) to any third party;

(d) Using Entrust's Trade Secrets (including without limitation customer information and Administrative Forms) to solicit any of Entrust's customers; and

(e) Entering into any agreement with any customer whose identity became known to Defendants as a result of confidential information belonging to Entrust.

(2) Within three (3) days of entry of this Order, Defendants and their employees, officers, agents, servants, attorneys and/or assigns, and all those acting in concert with them, are required to return to Entrust any Entrust Trade Secrets (including without limitation customer information and Administrative Forms) currently in their possession, custody or control, including all Entrust customer lists and forms and/or all confidential information of Entrust's customers.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

4

[PROPOSED] ORDER GRANTING
ENTRUST'S *EX PARTE* MOTION FOR TRO
CASE NO. C06-06427 JW

1  (3) There shall be no bond on this temporary restraining order.

2  IT IS SO ORDERED.

4  Dated: October 31, 2006

*[signature]*
Honorable James Ware
United States District Court Judge

20168586.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

5

[PROPOSED] ORDER GRANTING
ENTRUST'S *EX PARTE* MOTION FOR TRO
CASE NO. C06-06427 JW