MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (Bar No. 164751) cwanger@manatt.com
JOHN KERN (Bar No. 206001) jkern@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

PERRY J. NARANCIC (Bar No. CA 206820)
pnarancic@theentrustgroup.com
Entrust Administration, Inc.
555 12th Street, Suite 1250
Oakland, CA  94607
Telephone:     (510) 587-0950
Facsimile:     (650) 618-2700

Attorneys for Plaintiffs
ENTRUST ADMINISTRATION, INC. and THE ENTRUST GROUP, INC.

*GRANTED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENTRUST ADMINISTRATION, INC. a California Corporation, and THE ENTRUST GROUP, INC., a Delaware Corporation.<br><br>         Plaintiffs,<br><br>    vs.<br><br>THOMAS DAVISE, an Individual, BLAIR PEETZ, an Individual, and eTRUSTDIRECT, INC.<br><br>         Defendants. | Case No. **C 06 06427 (JW)**<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br><br>F.R.C.P. 55(A) |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs Entrust Administration, Inc., and Entrust Group, Inc. ("Plaintiffs"), hereby request, pursuant to Federal Rule of Civil Procedure 55(a), entry of default in this matter against Defendants Thomas Davise ("Davise") and eTrustDirect, Inc. ("eTrust"), on the ground that said defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiffs served the Complaint, Summons, and Civil

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

REQUEST FOR ENTRY OF DEFAULT
CASE NO. C06 06427

1 | Case Cover sheet on Defendant eTrust on October 17, 2006, and on Defendant Davise on October 18, 2006, as evidenced by the Proofs of Service of Summons and Complaint on file with this Court, and attached hereto (for the Court's convenience) to the Declaration of Christopher L. Wanger. Accordingly, their responses were due, respectively, on or before November 6, 2006, and November 7, 2006. To date, neither eTrust nor Davise has appeared or filed any response.

The above stated facts and additional facts supporting Plaintiffs' Request for Entry of Default are set forth in the accompanying Declaration of Christopher L. Wanger.

Dated: November 29, 2006         MANATT, PHELPS & PHILLIPS, LLP


By: s/ Christopher L. Wanger
　　　Christopher L. Wanger
　　*Attorneys for Plaintiffs*
　　ENTRUST ADMINISTRATION, INC.
　　THE ENTRUST GROUP, INC.

20170259.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2                                    REQUEST FOR ENTRY OF DEFAULT
                                     CASE NO. C06 06427