Case 5:06-cv-06427-JW   Document 23   Filed 01/26/07   Page 1 of 2

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (Bar No. 164751) cwanger@manatt.com
JOHN KERN (Bar No. 206001) jkern@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

PERRY J. NARANCIC (Bar No. CA 206820)
pnarancic@theentrustgroup.com
Entrust Administration, Inc.
555 12th Street, Suite 1250
Oakland, CA  94607
Telephone:   (510) 587-0950
Facsimile:    (650) 618-2700

Attorneys for Plaintiffs
ENTRUST ADMINISTRATION, INC. and THE ENTRUST GROUP, INC.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Ware]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENTRUST ADMINISTRATION, INC. a California Corporation, and THE ENTRUST GROUP, INC., a Delaware Corporation.<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS DAVISE, an Individual, BLAIR PEETZ, an Individual, and eTRUSTDIRECT, INC.<br><br>Defendants. | Case No. **C 06 06427 (JW)**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**DATE:  January 29, 2007**<br>**TIME: 10:00 am**<br>**COURTROOM: 8** |

WHEREAS, Counsel for Defendant Blair Peetz has a scheduling conflict and seeks a continuance of the Initial Case Management Conference presently set for January 29, 2007 in this matter;

WHEREAS, Plaintiffs do not oppose Mr. Peetz's counsel's requested continuance and the defaults of all other defendants have been entered in this matter;

WHEREFORE, IT IS HEREBY STIPULATED by the parties hereto through their

respective counsel that the Initial Case Management Conference may be continued to February 26, 2007 at 10:00 am.

Dated:   January 25, 2007           MANATT, PHELPS & PHILLIPS, LLP

                                    By: s/ Christopher L. Wanger
                                         Christopher L. Wanger
                                    *Attorneys for Plaintiffs*
                                    ENTRUST ADMINISTRATION, INC.
                                    THE ENTRUST GROUP, INC.

Dated:   January 25, 2007           LAW OFFICES OF GOFORTH & LUCAS

                                    By: s/ Christopher R. Lucas
                                         Christopher R. Lucas
                                    *Attorneys for Defendant,*
                                    BLAIR PEETZ

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Initial Case Management Conference in this matter shall be continued to February 26, 2007 at 10:00 am.

Dated:   January 25, 2007           _____
                                    United States District Court Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND PROPOSED ORDER CONTINUING
INITIAL CMC
CASE NO. C06 06427