IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Entrust Administration, Inc., | NO. C 06-06427 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Thomas Davise, et al., | |
| Defendants. | |

In light of the noticed motion for default judgment set for March 26, 2007, the Court **VACATES** the case management conference presently scheduled for February 26, 2007.

Dated:  February 23, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher L. Wanger cwanger@manatt.com
Christopher Robin Lucas crl@goforthlucas.com
John P. Kern jkern@manatt.com
Perry J. Narancic perry@lexanalytica.com
Ryan S. Hilbert rhilbert@manatt.com

**Dated: February 23, 2007**                    **Richard W. Wieking, Clerk**

                                                **By:    /s/ JW Chambers
                                                     Elizabeth Garcia
                                                     Courtroom Deputy**

**United States District Court**
For the Northern District of California