**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                  SAN JOSE DIVISION

9   Entrust Administration, Inc., et al.,          NO. C 06-06427 JW

10                 Plaintiffs,          **JUDGMENT AND PERMANENT**
        v.                              **INJUNCTION**
11
    Thomas Davise, et al.,
12
                  Defendants.
13
                                                 /
14

15          Pursuant to the Court's March 28, 2007 Order Granting Plaintiffs' Application for Default

16   Judgment Against Defendants Thomas Davise and EtrustDirect, Inc., judgment is entered in favor of

17   Plaintiffs Entrust Administration, Inc. and Entrust Group, Inc., against Defendants Thomas Davise

18   and eTrustDirect, Inc.

19          Judgment is entered in favor of Plaintiffs in the amount of $57,949.46 for fees and costs.  In

20   addition, Defendants Thomas Davise and eTrustDirect, Inc. are permanently enjoined from the

21   following:

22          (a)    Disseminating any advertising, solicitations, or communications with customers or

23                 prospective customers in which Defendants make false or misleading statements

24                 about themselves or about Entrust, including but not limited to, statements (i) that

25                 Entrust pays less than 0.01% interest on customer accounts, and (ii) that Defendants

26                 have a custodial relationship with Greater Bay Bank, N.A.;

27

28

1     (b)    Making any use whatsoever, direct or indirect, of Entrust's Trade Secrets (including without limitation customer information and Administrative Forms) currently in the possession, custody, or control of Defendants;

(c)    Passing or otherwise disclosing in any way Entrust's Trade Secrets (including without limitation customer information and Administrative Forms) to any third party;

(d)    Using Entrust's Trade Secrets (including without limitation customer information and Administrative Forms) to solicit any of Entrust's customers; and

(e)    Entering into any agreement with any customer whose identity became known to Defendants as a result of confidential information belonging to Entrust.

Dated: March 28, 2007

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

2

**United States District Court**

For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Christopher L. Wanger cwanger@manatt.com
Christopher Robin Lucas crl@goforthlucas.com
3 | John P. Kern jkern@manatt.com
Perry J. Narancic perry@lexanalytica.com
4 | Ryan S. Hilbert rhilbert@manatt.com

5 |

6 | **Dated: March 28, 2007**                           **Richard W. Wieking, Clerk**

7 |

8 | **By:  /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**

9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |