MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (Bar No. 164751) cwanger@manatt.com
JOHN KERN (Bar No. 206001) jkern@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiffs
ENTRUST ADMINISTRATION, INC. and THE ENTRUST GROUP, INC.

**IT IS SO ORDERED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ENTRUST ADMINISTRATION, INC. a California Corporation, and THE ENTRUST GROUP, INC., a Delaware Corporation.<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS DAVISE, an Individual, BLAIR PEETZ, an Individual, , and eTRUSTDIRECT, INC.<br><br>Defendants. | Case No. C06-06427 (JW)<br><br>**STIPULATION AND ORDER FOR DISMISSAL AGAINST SOLE REMAINING DEFENDANT** |

On December 6, 2006, this Court granted default judgment against Defendants Thomas Davise and eTrust Direct, Inc.

It is hereby stipulated by and among Plaintiffs Entrust Administration, Inc., and The Entrust Group, Inc., and Defendant Blair Peetz ("Peetz"), by and through their respective attorneys of record, that the action against Peetz be dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

1    IT IS SO STIPULATED.

2

3    Dated:    February 22, 2008          MANATT, PHELPS & PHILLIPS, LLP

4
                                          By: /s/ John Kern
5                                             John Kern

6                                         *Attorneys for Plaintiffs*
                                          ENTRUST ADMINISTRATION, INC.
7                                         THE ENTRUST GROUP, INC.

8    Dated:    February 22, 2008          GOFORTH & LUCAS

9

10                                        By: /s/ Christopher R. Lucas
                                              Christopher R. Lucas
11

12                                        *Attorneys for Defendant*
                                          BLAIR PEETZ

13   *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, John Kern hereby attests that concurrence in the filing of this document has been obtained.*

14

15
                                        **ORDER**
16
     PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall close this file.
17
     Dated:  ___February 27___, 2008              _____
18                                                The Honorable James Ware
                                                  United States District Judge
19

20

21   90002625.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                    STIPULATION AND ORDER FOR
                     DISMISSAL CASE NO. C06-06427